# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

**CORDELL HUGHES**                                          **PLAINTIFF**

v.                          No. 3:17-cv-192-DPM

**MARTY BOYD, Sheriff,**
**Craighead County**                                        **DEFENDANT**

## ORDER

**1.** Hughes hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 25 September 2017. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** Hughes must file an amended complaint too. Hughes says he was arrested by the Jonesboro Police Department on certain charges and placed in the Craighead County Detention Center. But Hughes's complaint doesn't give any details about how he was harmed or the status of the charges brought against him. Hughes must therefore file an amended complaint explaining (1) what Sheriff Boyd did that allegedly violated his rights, (2) what harm he suffered as a result of Sheriff Boyd's actions, and (3) whether he is in jail pending trial or has been convicted and sentenced.

If Hughes doesn't file an amended complaint by 25 September 2017, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**3.** The Court directs the Clerk to mail Hughes a blank § 1983 form and an application to proceed *in forma pauperis*. If the Court grants Hughes permission to proceed *in forma pauperis*, he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 August 2017