# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

**CORDELL HUGHES**                                         **PLAINTIFF**

v.                           No. 3:17-cv-192-DPM

**MARTY BOYD, Sheriff,**
**Craighead County**                                        **DEFENDANT**

## ORDER

**1.** Hughes submitted a blank certificate and calculation sheet with his application to proceed *in forma pauperis*. A jail official must complete and sign the certificate and calculation sheet. Hughes's application, № 4, is therefore denied without prejudice.

**2.** The Court directs the Clerk to send Hughes another *in forma pauperis* application with a copy of this Order. Hughes must submit the completed application and certified calculation sheet by 15 October 2017. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Hughes permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

**3.** The Court directs the Clerk to send a copy of this Order to the Craighead County Sheriff at the Craighead County Detention Center, 901 Willett Road, Jonesboro, Arkansas 72401.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 September 2017