# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CORDELL HUGHES**                                   **PETITIONER**

v.                            **No. 3:17-cv-192-DPM**

**MARTY BOYD, Sheriff,**
**Craighead County**                                 **RESPONDENT**

## ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hughes's petition will be dismissed without prejudice. His motion for leave to proceed *in forma pauperis*, № 7, is denied as moot. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

8 November 2017