# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CORDELL HUGHES**                                      **PETITIONER**

v.                          No. 3:17-cv-192-DPM

**MARTY BOYD, Sheriff,**
**Craighead County**                                    **RESPONDENT**

## JUDGMENT

Hughes's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2017